UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE ALISSA-JOY TACKITT,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT TACKITT, et al.,<br><br>Defendants. | No. 2:25-cv-03145-DC-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(Doc. No. 5) |

Plaintiff Monique Alissa-Joy Tackitt is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 9, 2025, the magistrate judge filed findings and recommendations recommending this case be dismissed without prejudice for lack of subject matter jurisdiction, and that this case be closed. (Doc. No. 5.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one (21) days. (*Id*. at 3.) Plaintiff has not filed objections to the findings and recommendations and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The findings and recommendations filed on December 9, 2025 (Doc. No. 5) are ADOPTED in full;

2.     This action is dismissed for lack of subject matter jurisdiction; and

3.     The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:    **January 28, 2026**    _____

Dena Coggins
United States District Judge

2